# United States Court of Appeals ch

For the Seventh Circuit
Chicago, Illinois 60604

May 7, 2004

*Before*

**Hon.** JOEL M. FLAUM, *Chief Judge*

| | |
|---|---|
| THOMAS W. MCCARTHY,<br>　　　Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 03-3474　　　　　　　v. | ] Illinois, Eastern Division.<br>] |
| OPTION ONE MORTGAGE CORPORATION<br>and BNC MORTGAGE, INCORPORATED,<br>　　　Defendants-Appellees. | ] No. 01 C 3935<br>]<br>] Joan B. Gottschall,<br>]　　　Judge. |

　　　Upon consideration of the **MOTION FOR MINOR MODIFICATION OF COURT'S APRIL 6, 2004 OPINION**, filed on April 26, 2004, by counsel for the appellees,

　　　**IT IS ORDERED** that the motion is **GRANTED**. On page 4 of the slip opinion, line ten, the phrase "an annual percentage rate that exceeds 8%" is changed to "a rate of interest that exceeds 8% per annum." In addition, the citation on page 4, lines 10-11, "815 ILCS 205/4(a)" is changed to "815 ILCS 205/4(2)(a)."